# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISA GOSSETT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-CV-00862 |
| | ) | |
| v. | ) | DISTRICT JUDGE RICHARDSON |
| | ) | |
| TENNESSEE PARTNERS XII, L.P., | ) | MAGISTRATE JUDGE HOLMES |
| UNITED APARTMENT GROUP, and | ) | |
| ANGELA FANN. | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Comes now W. Lee Maddux of Adams and Reese LLP, who previously entered an appearance on behalf of Defendants United Core Management, Inc., d/b/a United Apartment Group and Angela Fann, and now also enters an appearance on behalf of Defendant Tennessee Partners XII, L.P.

Dated:  February 28, 2019.

Respectfully submitted,

/s/ W. Lee Maddux
W. Lee Maddux (BPR No. 001235)
ADAMS AND REESE LLP
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 259-1450
Facsimile: (615) 259-1470
Email: lee.maddux@arlaw.com

*Attorney for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 28th day of February, 2019.  Copies may be accessed through the Court's ECF system. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt.  The foregoing was also served on the parties listed below by placing it in the U.S. Mail, first class, postage paid:

> Larry L. Crain
> Crain Schuette Attorneys
> 5214 Maryland Way
> Suite 402
> Brentwood, TN 37027
> Larry@CSAFirm.com
>
> Kathy T. Trawick
> Tennessee Fair Housing Counsel
> 107 Music City Cir.
> Nashville, TN 37214
> Kathy@tennfairhousing.org
>
> *Attorneys for the Plaintiff*

/s/ Lee Maddux                 

Lee Maddux

2